The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA NELSON,<br><br>           Plaintiff,<br><br>vs.<br><br>BETH A. ALLEN, ALLEN2 LAW, LLC and DOES 1 through 5, inclusive,<br><br>           Defendants. | Civil Case No. 09-cv-780-TSZ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>**Noted on Motion Calendar for December 4, 2009** |

THIS MATTER having come before the court having reviewed Defendant's Motion for Summary Judgment, the Declaration of attorney Patrick Rothwell and the exhibits attached thereto, and also having reviewed Plaintiff's Response in Opposition to Defendant's Summary Judgment Motion, the Declaration of plaintiff's counsel Darryl Parker and Jessica Nelson and the exhibits thereto, and also having reviewed Defendant's Reply, and the files and records herein, and the court being fully advised in the premises, now, therefore,

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(Case No. 09-cv-780-TSZ) - 1

**Premier Law Group PLLC**
3131 Elliott Ave., Suite 710
Seattle, Washington 98121
(206) 285-1743 / Fax: (206) 599-6316

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is |
| 2 | **DENIED** to allow plaintiff a reasonable opportunity to conduct discovery. |
| 3 | DATED this 11thday of December, 2009. |

_Thomas S. Zilly_
Thomas S. Zilly
United States District Judge

Presented by:

PREMIER LAW GROUP, PLLC

_____
**Darryl Parker,** WSBA #30770
Attorney for Plaintiff

Approved as to Form;
Presentation Waived:

DAVIS ROTHWELL EARLE & XOCHIHUA P.C.

_____
Patrick Rothwell, WSBA #23878
Attorney for Defendant

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(Case No. 09-cv-780-TSZ) - 2

**Premier Law Group PLLC**
3131 Elliott Ave., Suite 710
Seattle, Washington 98121
(206) 285-1743 / Fax: (206) 599-6316